UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA



    -against-

RAHEEM MACK,

                                 Defendant.

------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Wednesday, January 13, 2021, at 2:00 p.m. To join the teleconference, the parties should dial 888-363-4749, and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
         January 6, 2021

                                               */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE