UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

RAHEEM MACK,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/21

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Wednesday, January 13, 2021, is adjourned to Tuesday, January 26, 2021, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
         January 12, 2021

                                            _/s/ Kimba M. Wood_
                                            KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE