UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

RAHEEM MACK,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Tuesday, January 26, 2021, at 11:00 a.m. To join the conference, the parties should dial 888-363-4749, and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
           January 19, 2021

                                              KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE