UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/21
```

--------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against                                            **ORDER**

RAHEEM MACK,                              16 CR 311 (KMW)

                           Defendant.

--------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a teleconference in the above-captioned case on Thursday, March 25,

2021, at 12:30 p.m.  To join the conference, the parties should dial 888-363-4749, and enter

access code 1613818.

      SO ORDERED.

Dated: New York, New York
       March 17, 2021

                                  _____
                                    KIMBA M. WOOD
                        UNITED STATES DISTRICT JUDGE