UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

RAHEEM MACK,

                    Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference for the above-captioned defendant, currently scheduled for May 27, 2021, is adjourned to June 10, 2021, at 12:30 p.m.

SO ORDERED.

Dated: New York, New York
May 4, 2021

                                              /s/ Kimba M. Wood
                                             KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/21