UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

RAHEEM MACK,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on June 10, 2021, at 12:30 p.m. Members of the press and public who wish to join the proceedings should dial 1-888-363-4749 and enter Conference ID 1613818. All members of the press and public who wish to join the proceeding must do so with their telephones on mute.

SO ORDERED.

Dated: New York, New York
         June 3, 2021

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE