# SHER TREMONTE LLP

June 23, 2021

**VIA ECF**

Hon. Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/21
```

**MEMO ENDORSED**

Re:   *United States v. Raheem Mack*, 16-cr-311 (KMW)

Dear Judge Wood:

I represent Raheem Mack, the defendant in the above-referenced case. As Your Honor knows, Mr. Mack is on supervised release and is working full-time, contributing productively to society and endeavoring to rebuild his life after his release from custody. The only issue he has had on supervised release has been several instances of positive drug tests for marijuana, for which he has agreed to attend outpatient treatment. I have made inquiries of the Probation Department to determine to what extent those tests show increasing or decreasing levels of marijuana metabolite that could indicate exposure to second-hand smoke rather than marijuana use. I have asked the Probation Officer to provide copies of their reports, but she has indicated that because these reports are court records, an order is needed for the Probation Officer to provide them. Accordingly, I respectfully request that the Court order the Probation Department to disclose the reports of all of Mr. Mack's drug tests to the undersigned. I respectfully request that this order apply on a historical as well as an ongoing basis so that defense counsel may provide an informed position on this issue the Court, to the extent necessary going forward.

*Granted. The Court orders Probation to disclose all of these reports to defense counsel.*

Respectfully submitted,

/s/
Noam Biale

*Attorney for Raheem Mack*

cc:   All counsel (via ECF)
US Probation Officer Daveena Tumasar (via email)

SO ORDERED:  N.Y., N.Y.
6/29/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.