UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

RAHEEM MACK,

                         Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/21

KIMBA M. WOOD, District Judge:

        The Court will hold a telephone conference in the above-captioned case on August 31, 2021, at 11:00 a.m. To join the conference, the parties should dial 1-888-363-4749 and enter access code 1613818.

        SO ORDERED.

Dated: New York, New York
         August 25, 2021

                                             KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE