UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

RAHEEM MACK,

                   Defendant.
------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/21

KIMBA M. WOOD, District Judge:

       The Court will hold a teleconference in the above-captioned case on Monday, November 1, 2021, at 2:30 p.m. To join the conference, the parties should dial 1-888-363-4749 and enter Access Code 1613818.

       SO ORDERED.

Dated: New York, New York
       October 25, 2021

                                    /s/ Kimba M. Wood
                                    KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE