UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/21

-against-

**ORDER**
16 CR 311 (KMW)

RAHEEM MACK,

Defendants.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the teleconference currently scheduled for Tuesday, December 7, 2021, is adjourned to Monday, December 13, 2021, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       November 18, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE