UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/21

        -against-

RAHEEM MACK,

                     Defendants.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Monday, December 13, 2021, at 12:00 p.m. To join the conference, the parties shall dial 1-888-363-4749 and enter Access Code 1613818. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceedings is permitted.

SO ORDERED.

Dated: New York, New York
        December 7, 2021

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE