UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

RAHEEM MACK,

                     Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/22

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's calendar, the teleconference currently scheduled for May 11, 2022, is adjourned to Tuesday, May 31, 2022, at 12:30 p.m.

    SO ORDERED.

Dated: New York, New York
       April 25, 2022

                                    /s/ Kimba M. Wood
                                    KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE