UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

RAHEEM MACK,

                       Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's trial calendar, the conference currently scheduled for Tuesday, May 31, 2022, is adjourned to Tuesday, June 7, 2022, at 11:30 a.m.

    SO ORDERED.

Dated: New York, New York
         May 17, 2022

                                                  KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/22