UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22
```

      -against-

RAHEEM MACK,

                         Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Tuesday, June 7, 2022, at 11:30 a.m. To join the conference, the parties should dial 1-888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
         May 31, 2022

                                                 */s/ Kimba M. Wood*
                                                 KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE