UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/22

      -against-

RAHEEM MACK,

             Defendant.
-------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Tuesday, August 30, 2022, at 11:30 a.m. To join the conference, the parties shall dial 1-888-363-4749 and enter Access Code 1613818.

    SO ORDERED.

Dated: New York, New York
         August 23, 2022

                                         */s/ Kimba M. Wood*
                                        KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE