UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

RAHEEM MACK,

                     Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/22

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Tuesday, October 18, 2022, at 12:00 p.m.

To join the conference, the parties shall dial 1-888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
         October 11, 2022

                                            KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE