UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/22

        -against-

RAHEEM MACK,

                    Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

KIMBA M. WOOD, District Judge:

        The Court will hold a teleconference in the above-captioned case on Monday, December 12, 2022, at 10:30 a.m. To join the conference the parties should dial 1-888-363-4749 and enter access code 1613818.

        SO ORDERED.

Dated: New York, New York
       December 8, 2022

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE