UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

   -against

RAHEEM MACK,

                 Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2\|13\|23 |

KIMBA M. WOOD, District Judge:

     The Court will hold a remote conference on Wednesday, February 22, 2023, at 11:00

a.m.  To join the conference, the parties shall dial 1-888-363-4749 and enter Access Code

1613818.

     SO ORDERED.

Dated: New York, New York
       February 13, 2023

                                 _Kimba M. Wood_
                                KIMBA M. WOOD
                     UNITED STATES DISTRICT JUDGE