UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

           -against-

RAHEEM MACK,

                          Defendant.
-----------------------------------------------------------------x

**ORDER**
16 CR 311 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/23

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Tuesday, April 11, 2023, at 10:30 a.m. To join the conference the parties should dial 1-888-363-4749 and enter Access Code 1613818.

    SO ORDERED.

Dated: New York, New York
         April 6, 2023

                                                     /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE